Frank S. Gorman and Mae F. McCann, Appellants, Respondents, v. Walter F. Doyle, Respondent, and Louis E. Hirsch, Respondent, Appellant.— In an action for a money judgment for the unskillfulness and misrepresentation of defendants, as attorneys, causing plaintiffs, as administrators, to include in their account an exorbitant sum for legal services, plaintiffs appeal from an order dismissing their complaint for insufficiency. Order affirmed, with ten dollars costs and disbursements. The provisions of the decree charging the expenses of the reference to the estate rather than to the defendants personally, as alleged in the complaint itself, constitute a judicial determination of a court of competent jurisdiction. The appeal by defendant Hirsch from the order denying resettlement is dismissed, without costs. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

In the Matter of the Rehabilitation of Bond and Mortgage Guarantee Company. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as the Salisbury Golf Courses, Whaleneck Road, East Meadow, Nassau County, Long Island, New York, Guaranteed by Bond and Mortgage Guarantee Company and Designated as Guarantee No. 171,038. Paragon Land Corp., Morris Walzer, Louis Weinstock and Harold J. Weinstock, Appellants; Joseph P. Day, Frederick R. Crane and Bradley Delehanty, Trustees, etc., Respondents. (Appeal No. 1.) Paragon Land Corp., Appellant; Joseph P. Day, Frederick R. Crane and Bradley Delehanty, Trustees, etc., Respondents. (Appeal No. 2.) — (Appeal No. 1.) Order directing the corporate appellant to complete its purchase and the individual appellants to furnish the necessary funds and consideration affirmed, with ten dollars costs and disbursements. No opinion. (Appeal No. 2.) Order entered October 18, 1940, denying the appellant's motion for a rehearing of the motion to compel appellants (Appeal No. 1.) to complete the purchase, affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Rehabilitation of Bond and Mortgage Guarantee Company. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as the Salisbury Golf Courses, Whaleneck Road, East Meadow, Nassau County, Long Island, New York, Guaranteed by Bond and Mortgage Guarantee Company and Designated as Guarantee No. 171,038. Paragon Land Corp., Morris Walzer, Louis Weinstock and Harold J. Weinstock, Appellants; Joseph P. Day, Frederick R. Crane and Bradley Delehanty, Trustees, etc., Respondents. (Appeal No. 3.) — Order denying appellants' motion to vacate and set aside an order to show cause dated May 23, 1940, why the purchaser at a final sale should not be compelled to complete its purchase and to require the individual appellants, as the real parties in interest, to furnish the consideration necessary to consummate the contract of sale, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.